[No. 26518-4-II. Division Two. January 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTIAN REED BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-1-00369-7, H. John Hall, J., entered October 2, 2000. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Houghton, JJ.

[No. 26522-2-II. Division Two. January 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE-CARLOS ALEMAN FUENTES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01649-4, Karen L. Strombom, D. Gary Steiner, Bryan E. Chushcoff, and Brian M. Tollefson, JJ., entered September 20, 2000. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Houghton, JJ.

[No. 26597-4-II. Division Two. January 4, 2002.]

DONALD E. TORBET, ET AL., *Appellants*, v. GEORGE R. TORRES, *as Personal Representative*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-11057-4, Karen L. Strombom, J., entered September 29, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 26604-1-II. Division Two. January 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANKLIN ROLAND AGPAOA, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00357-6, Stephen M. Warning, J., entered October 17, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Morgan, J.